STATE OF NEW JERSEY v. TONY JACKSON.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PRINGLE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. STEFAN MARTALICS.

April 19, 1989.

Petition for certification denied.

RALPH B. FAMIGLIETTI v. GRACE GENTILE, ET UX.

April 19, 1989.

Petition for certification denied.